CSD 2500A (12/15)

## U.S. Bankruptcy Court
## Southern District of California

In re:

EDMUND ORTIZ

Bankruptcy Case No. 18-07247-CL7

Debtor

Adversary Proceeding No. 19-90033-CL

LEA HERNANDEZ-SIOSON

Plaintiff

v.
LIBERTY ORTIZ
EDMUND ORTIZ

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court |
| Southern District of California |
| 325 West F Street |
| San Diego, California 92101 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Michael P. Duff |
| 690 Coronado Circle |
| Vista, CA 92025 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued:

03/11/2019

*Barry Lander*

Barry K. Lander, Clerk Of Court

CSD 2500A

Case 19-90033-CL    Filed 03/13/19    Entered 03/13/19 15:21:37    Doc 5    Pg. 2 of 7

CSD 2500A (Page 2) [12/15]

# PROOF OF SERVICE

I, **Amber M. Hussin**, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that the service of this summons and a copy of the complaint was made **March 13, 2019** by:
[date]

[✓] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

David Stallone, Esq.
304 Kalmia Street, Suite F
San Diego, California 92101

[ ] Personal Service: By leaving the documents with the following defendants or an officer or agent of the defendant at:

[ ] Residence Service: By leaving the documents with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [describe briefly]

If serve was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

**March 13, 2019**                              /S/ Amber M. Hussin
[Date]                                                    [Signature]

| | |
|---|---|
| Print Name  Amber M. Hussin | |
| Business Address  1035 E. Vista Way, Suite 197 | |
| City  Vista            State  California            ZIP  92084 | |

CSD 2500A

CSD 2500A (Page 2) [12/15]

# PROOF OF SERVICE

I, **Amber M. Hussin**, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that the service of this summons and a copy of the complaint was made **March 13, 2019** by:
[date]

[✓]  Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Eugenio Ramos, Esq.
2424 Hoover Avenue, Suite G
National City, California 91950

[ ]  Personal Service: By leaving the documents with the following defendants or an officer or agent of the defendant at:

[ ]  Residence Service: By leaving the documents with the following adult at:

[ ]  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ]  Publication: The defendant was served as follows: [describe briefly]

[ ]  State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [describe briefly]

If serve was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

**March 13, 2019**                                              /S/ Amber M. Hussin
[Date]                                                                     [Signature]

| | |
|---|---|
| Print Name  Amber M. Hussin | |
| Business Address  1035 E. Vista Way, Suite 197 | |
| City  Vista    State  California    ZIP  92084 | |

CSD 2500A

CSD 2500A (Page 2) [12/15]

# PROOF OF SERVICE

I, **Amber M. Hussin**, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that the service of this summons and a copy of the complaint was made **March 13, 2019** by:
[date]

[ ✓ ]  Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Edmund Ortiz
814 Harbison Avenue
National City, California 91950

[ ]  Personal Service: By leaving the documents with the following defendants or an officer or agent of the defendant at:

[ ]  Residence Service: By leaving the documents with the following adult at:

[ ]  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ]  Publication: The defendant was served as follows: [describe briefly]

[ ]  State Law : The defendant was served pursuant to the laws of the State of _____, as follows: [describe briefly]

If serve was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

| March 13, 2019 | /S/ Amber M. Hussin |
|---|---|
| [Date] | [Signature] |

| Print Name | Amber M. Hussin |
|---|---|
| Business Address | 1035 E. Vista Way, Suite 197 |
| City  Vista | State  California    ZIP  92084 |

CSD 2500A

CSD 2500A (Page 2) [12/15]

# PROOF OF SERVICE

I, **Amber M. Hussin**, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that the service of this summons and a copy of the complaint was made **March 13, 2019** by:
[date]

[✓]  Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Liberty Ortiz
814 Harbison Avenue
National City, California 91950

Liberty Ortiz, dba Supreme One SoCal
3400 E. 8th Street, Suite 108
National City, California 91950

[ ]  Personal Service: By leaving the documents with the following defendants or an officer or agent of the defendant at:

[ ]  Residence Service: By leaving the documents with the following adult at:

[ ]  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ]  Publication: The defendant was served as follows: [describe briefly]

[ ]  State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [describe briefly]

If serve was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

March 13, 2019
[Date]

/S/ Amber M. Hussin
[Signature]

| Print Name | Amber M. Hussin |
|---|---|
| Business Address | 1035 E. Vista Way, Suite 197 |
| City Vista | State California    ZIP 92084 |

CSD 2500A

CSD 2500A (Page 2) [12/15]

# PROOF OF SERVICE

I, **Amber M. Hussin** , certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that the service of this summons and a copy of the complaint was made **March 13, 2019** by:
[date]

[ ✓ ]   Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

**United States Trustee**
**Office of the U.S. Trustee**
**880 Front Street**

[   ]   Personal Service: By leaving the documents with the following defendants or an officer or agent of the defendant at:

[   ]   Residence Service: By leaving the documents with the following adult at:

[   ]   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[   ]   Publication: The defendant was served as follows: [describe briefly]

[   ]   State Law : The defendant was served pursuant to the laws of the State of _____, as follows: [describe briefly]

If serve was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

**March 13, 2019**                                               /S/ Amber M. Hussin
[Date]                                                               [Signature]

| Print Name | Amber M. Hussin |
|---|---|
| Business Address | 1035 E. Vista Way, Suite 197 |
| City Vista | State California      ZIP 92084 |

CSD 2500A

CSD 2500A (Page 2) [12/15]

# PROOF OF SERVICE

I, __Amber M. Hussin_____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that the service of this summons and a copy of the complaint was made __March 13, 2019_____ by:
[date]

[ ✓ ]   Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Christopher R. Barclay
Chapter 7 Trustee
P.O. Box 2819

[ ]   Personal Service: By leaving the documents with the following defendants or an officer or agent of the defendant at:



[ ]   Residence Service: By leaving the documents with the following adult at:



[ ]   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:



[ ]   Publication: The defendant was served as follows: [describe briefly]



[ ]   State Law : The defendant was served pursuant to the laws of the State of _____, as follows: [describe briefly]


If serve was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

__March 13, 2019_____                    /S/ Amber M. Hussin_____
         [Date]                                              [Signature]

| Print Name | Amber M. Hussin |
| --- | --- |
| Business Address | 1035 E. Vista Way, Suite 197 |
| City Vista | State California    ZIP 92084 |

CSD 2500A